# EXHIBIT F


# TEKNOWLOGI IS A CLOUD-BASED ALTERNATIVE TO MCLEOD SOFTWARE



Cloud-based TMS software offers many advantages over an installed TMS. The difference between an installed TMS and a cloud-based TMS is with an installed TMS, the software is usually bought.

So you buy the TMS through a software provider, you buy your equipment and servers. You host it in your office and usually, you need certain equipment to run the program at your office. Now, with a web-based TMS, it's provided through a software as a service provider such as Teknowlogi. You don't need to buy any hardware as far as servers and hosting it on your own application. It's hosted online through our servers and all you need is a computer with an internet connection.

## THE COST DIFFERENCE

Some examples of installed solutions are McCloud, Trimble, and Keep Farm. DAT provides these solutions. So with these installed solutions you buy them from vendors, install it, and buy equipment. With Mcleod software as a cloud-based solution, you don't have to buy any equipment. Also, there aren't any hardware requirements when it comes to your computers. All you need is a computer with an internet connection.

With Mcleod software all servers are being hosted online, so you don't have to worry about them going down. We can transfer information into different servers across the nation through our vendor. Also, your data is being backed up at several off-site locations. There are many benefits of Mcleod software versus an installed solution. The first is cost. It is very costly to install an application and buy servers to host at your own location. Also, it's very expensive to buy the equipment to run the application through the company.

## IMPORTANCE OF TMS SOFTWARE SECURITY

Another thing to consider is security. So, people think it's more secure to buy software and equipment and host it but there are things that can go wrong. A lot of things people don't realize is that your building could get vandalized or robbed. The servers could also get compromised. A natural disaster could happen that could compromise your servers at your location. So by utilizing a cloud solution, or Mcleod software as a service solution, you don't have to worry about that. It's all hosted online and all your data is secure and backed up at different locations.

7 McLeod Software Alternatives That Will Excited You Forward | Teknowlogi



Also, if there's any kind of natural disaster all that information is transferrable. Here at Teknowlogi, we use trusted vendors like CloudFlare to supervise our systems. So what they do is they help us look for bot scanning and intrusion detection. Most installed applications don't have someone monitoring it 24/7. So with web-based applications like Teknowlogi, your information is more secure.

