UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TOM MCLEOD SOFTWARE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TEKNOWLOGI APPLIED INTELLIGENCE, LLC,<br><br>Defendant. | CIVIL ACTION NO.<br>1:20-CV-00732-JPB |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan [Doc. 17], the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified.

1. Pursuant to the parties' agreement, initial disclosures shall be served no later than June 30, 2020.

2. This case is assigned a six-month discovery period. Discovery shall open on June 30, 2020, and close on December 30, 2020.

3. Dispositive motions shall be filed no later than January 29, 2021.

4. All other deadlines proposed by the parties in the Joint Preliminary Report and Discovery Plan are approved and incorporated as if fully stated herein.

**IT SO ORDERED** this 30th day of June, 2020.

J. P. BOULEE
United States District Judge