# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TOM MCLEOD SOFTWARE CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TEKNOWLOGI APPLIED INTELLIGENCE, LLC )<br>)<br>Defendant. )<br>) | CIVIL ACTION FILE<br><br>NO. 1:20-CV-00732-JPB |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and LR 3.3, Defendant Teknowlogi Applied Intelligence, LLC ("Teknowlogi") states the following:

1. The undersigned counsel of record for Defendant to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Defendant: Teknowlogi Applied Intelligence, LLC**

Teknowlogi has no parent company.

**Plaintiff: Tom Mcleod Software Corporation**

13545928 v1

Ownership unknown.

2.     The undersigned further certifies that the following is a full and complete list of all persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**Teknowlogi Applied Intelligence, LLC**

**Tom McLeod Software Corporation**

3.     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Attorneys for Defendant:**

Morris, Manning & Martin LLP - Stephen Vaughn and Lauren C. Dugas

**Attorney(s) for Plaintiff:**

Powell IP Law, LLC - Michael J. Powell

| | |
|---|---|
| Dated: July 1, 2020. | **MORRIS, MANNING & MARTIN, LLP** |
| | By: */s/ Stephen M. Vaughn* |
| | Stephen M. Vaughn |
| | svaughn@mmmlaw.com |
| | Georgia Bar No. 219482 |
| | Lauren C. Dugas |
| | ldugas@mmmlaw.com |
| | Georgia Bar No. 554287 |
| | 1600 Atlanta Financial Center |
| | 3343 Peachtree Road, N.E. |
| | Atlanta, Georgia  30326 |
| | Telephone:  404-233-7000 |
| | Facsimile:  404-365-9532 |
| | |
| | *Counsel for Defendant Teknowlogi Applied Intelligence, LLC* |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1D, the undersigned certifies that the foregoing has been prepared in 14 point Times New Roman font, one of the four fonts and points approved by the Court in LR 5.1C.

This 1st day of July, 2020.

>    /s/ Stephen M. Vaughn
>    Stephen M. Vaughn
>    Georgia Bar No. 219482

13545928 v1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **TOM MCLEOD SOFTWARE CORPORATION,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**TEKNOWLOGI APPLIED INTELLIGENCE, LLC** )<br>)<br>Defendant. )<br>) | **CIVIL ACTION FILE**<br><br>**NO. 1:20-CV-00732-JPB** |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 1st day of July, 2020, filed electronically served a true copy of **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** via e-mail addressed to the following:

Michael J. Powell
Powell IP Law, LLC
10 Glenlake Parkway, Suite 130
Atlanta, Georgia 30328
mjp@navigatingip.com

*/s/ Stephen M. Vaughn*
Stephen M. Vaughn

5

13545928 v1